# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS E. BRANT,

                Plaintiff,

   vs.

STATE OF NEVADA,

            Defendant.

Case No.: 2:25-cv-01398-GMN-MDC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 8), from United States Magistrate Maximiliano D. Couvillier, which recommends dismissing this case with prejudice, and denying Plaintiff's pending motions (ECF Nos. 3, 5, 6, 7). Further pending before the Court is Plaintiff's Motion to Accept Stamp as Payment for Filing Fee, (ECF No. 10).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. L. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. L. R. IB 3-2(b).

Plaintiff filed a timely objection to the Magistrate Judge's R&R. (Object., ECF No. 9). The Court will therefore make a *de novo* determination as to whether Plaintiff's case should be dismissed without prejudice. In the R&R, Magistrate Judge Couvillier recommended dismissing this case with prejudice because Plaintiff's claims are barred by the *Heck* Doctrine

and Nevada's sovereign immunity. (R&R 4:10–6:15).  Generally, the State of Nevada cannot be sued in federal Court unless it has consented through removal to federal court. *See O'Connor v. State of Nev.*, 686 F.2d 749, 750 (9th Cir. 1982); *Lapides v. Bd. of Univ. Sys. of Ga.*, 535 U.S. 613 (2002).  Because the State of Nevada did not remove this case, Plaintiff cannot bring this suit against it.  Plaintiff's Objection does not provide any legal sources refuting the proposition that Nevada is immune from this suit.  Reviewing Plaintiff's Objection and the R&R *de novo*, the Court agrees with the Magistrate Judge's recommendation.  Because Plaintiff only brings claims against the State of Nevada, his case cannot succeed. *See O'Connor*, 686 F.2d at 750.  Because Plaintiff claims are barred by sovereign immunity, the legal deficiencies cannot be cured through amendment.  The Court therefore agrees that his case should be dismissed with prejudice.  And because the Court is dismissing the case, it also denies all of Plaintiff's pending motions as moot.

Additionally, as Judge Couvillier noted in the R&R, Plaintiff has filed other cases in this Court asserting identical claims. See *Brant v. State of Nevada*, No. 2:25-cv-01280-RFB-DJA; *Brant v. State of Nevada*, No. 2:25-cv-02308-JAD-DJA; *Brant v. State of Nevada*, No. 2:22-cv-01205-GMN-DJA.  Plaintiff is cautioned that continuing to file duplicative lawsuits may result in sanctions or a finding that he is a vexatious litigant.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction, (ECF No. 3), Motion for Judicial Notice, (ECF No. 5), Motion to the Norther U.S. District Court to Take Custody of Case, (ECF No. 6), Motion to Discharge Unlawful Conviction, (ECF No .7), and Motion to Accept Stamp as Payment, (ECF No. 10), are **DENIED at moot.**

The Clerk of Court is kindly directed to close this case.

Dated this __3__ day of March, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court